UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF DECEDENT LOLOMANIA SOAKAI; et al.,<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>WALID ABDELAZIZ, in his individual capacity as a police officer for the city of Oakland and JIMMY MARIN-CORONEL, in his individual capacity as a police officer for the city of Oakland,<br><br>       Defendants - Appellants,<br><br>and<br><br>CITY OF OAKLAND, a municipal corporation,<br><br>       Defendant. | No. 23-4466<br><br>D.C. No. 3:23-cv-00381-SK<br>Northern District of California, San Francisco<br><br>ORDER |

Before: GRABER, FRIEDLAND, and BUMATAY, Circuit Judges.

Judges Graber and Friedland have voted to deny Appellants' petition for panel rehearing, and Judge Bumatay has voted to grant the petition for panel rehearing.

Judge Friedland has voted to deny Appellants' petition for rehearing en banc, and Judge Graber has so recommended. Judge Bumatay has voted to grant the petition for rehearing en banc.

The full court has been advised of Appellants' petition for rehearing en banc, and no judge of the court has requested a vote on it.

Appellants' petition for panel rehearing and rehearing en banc, Docket No. 45, is DENIED.